## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE GROULX, Individually and For Others Similarly Situated | Case No. 8:23-cv-561 (MAD/DJS) |
| v. | Rule 23 Class Action<br>FLSA Collection Action |
| UNITED HELPERS CARE, INC. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS AND COLLECTIVE, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF NOTICE OF SETTLEMENT AND CLASS ACTION SETTLEMENT PROCEDURE**

The Parties reached a proposed settlement that resolves all wage and hour claims asserted in this Action on a class and collective basis on behalf of the 468 hourly, non-exempt employees of United Helpers Care, Inc. ("Defendant" or "UHC") who were subject to one or more of the pay practices in the Complaint and during the Class Period. The Agreement contemplates a hybrid settlement under Fed. R. Civ. P. 23 and 29 U.S.C. 216(b).

Because the proposed Agreement resolves all potential claims and satisfies the criteria for preliminary approval, Plaintiffs respectfully request the Court: (1) grant preliminary approval of the Agreement attached as Exhibit A; (2) provisionally certify the proposed settlement class under Fed. R. Civ. P. 23(b)(3) in connection with the settlement process; (3) certify the proposed settlement collective of similarly-situated employees under the FLSA; (4) appoint Josephson Dunlap, LLP, Bruckner Burch, PLLC, E. Stewart Jones Hacker Murphy LLP, and Anderson Alexander LLP as Class Counsel; (5) approve the proposed class notice and accompanying email script attached as Exhibits B and C to the Motion for Preliminary Settlement Approval; and (6) approve the proposed schedule for final settlement approval pursuant to the Settlement Agreement.

Plaintiffs conferred with Defendant in the formation and submission of this memorandum and Defendant does not oppose the motion.

Dated: October 10, 2025                              Respectfully submitted,

                                                  /s/ *Andrew Dunlap*
**David I. Iversen**
NDNY Bar # 519342
**E. STEWART JONES HACKER MURPHY, LLP**
28 Second Street
Troy, New York 12180
Telephone: (518) 274-5820
Facsimile: (518) 274-5875
diversen@joneshacker.com

**Michael A. Josephson**
**Andrew W. Dunlap**
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**Richard J. (Rex) Burch**
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
rburch@brucknerburch.com

*Attorneys for Plaintiff, Class, and Collective Members*

## CERTIFICATE OF SERVICE

    I served a copy of this document on all counsel of record via the Court's ECF system on October 10, 2025.

                                                 /s/ *Andrew Dunlap*
                                                 **Andrew Dunlap**